# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

134463

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KARLA KUCZMERA,
            Plaintiff-Appellee,
and

TRINITY HEALTH/MERCY HOSPITAL
MUSKEGON,
            Intervening Plaintiff-Appellee,

v                                                                                   SC: 134463
                                                                                    COA: 275758
                                                                                    WCAC: 04-000455

SAPPI FINE PAPER NORTH AMERICA and
PACIFIC EMPLOYERS INSURANCE
COMPANY,
            Defendants-Appellants,
and

ALCOA AUTOMOTIVE CASTINGS, INC.,
BANKERS STANDARD INSURANCE
COMPANY, and GOODWILL INDUSTRIES OF
WEST MICHIGAN,
            Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the June 7, 2007 order of
the Court of Appeals is considered, and it is DENIED, because we are not persuaded that
the question presented should be reviewed by this Court.



        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

t0917

_____
            Clerk